UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BLAIN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>J. HARTLEY, WARDEN A.S.P.<br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. SACV 08-1375-RGK(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the action is SUMMARILY DISMISSED without prejudice.

DATED:   January 12, 2009

　　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&R-MDO\08-1375.jud
1/8/09